SVP Med Supply, Inc. v GEICO (2022 NY Slip Op 50776(U))

[*1]

SVP Med Supply, Inc. v GEICO

2022 NY Slip Op 50776(U) [76 Misc 3d 127(A)]

Decided on July 22, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 22, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DONNA-MARIE E. GOLIA, J.P., WAVNY TOUSSAINT, CHEREÉ
A. BUGGS, JJ

2020-469 K C

SVP Med Supply, Inc., as Assignee of
Santiago Gonzale Vasquez, Appellant,
against
GEICO, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Jill R.
Epstein, J.), entered December 20, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court granting defendant's motion for summary judgment dismissing
the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations
under oath, and denying plaintiff's cross motion for summary judgment.
For the reasons stated in SVP Medsupply, Inc., as Assignee of Levin, Ludmila v GEICO
Ins. Co. (— Misc 3d —, 2022 NY Slip Op — [appeal No. 2020-400 K
C], decided herewith), the order is affirmed. 
GOLIA, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 22, 2022